THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES DAVIS, Appellant.

People v. *Davis*, 177 App. Div. 883, affirmed.

(Submitted December 10, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1917, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*Louis Kunen* and *Elias Rosenthal* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERT PAUWELS, Appellant.

People v. *Pauwels*, 177 App. Div. 907, affirmed.

(Submitted December 10, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1917, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of unlawful practice of medicine in violation of section 153 of the Public Health Law.

*Alexander Lamont* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* and *Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.